UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 31 2018 ★

LONG ISLAND OFFICE

---

YVENSON PIERRE, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,

    Plaintiff,

-against-

CINTAS CORPORATION NO. 2,

    Defendant.

Civ. No.: 18-cv-00975

---

## STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff, YVENSON PIERRE, and Defendant, CINTAS CORPORATION NO. 2, through their respective undersigned counsel, that the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any party.

| | |
|---|---|
| THE LAW OFFICE OF LOUIS GINSBERG P.C. | JACKSON LEWIS P.C. |
| *ATTORNEYS FOR PLAINTIFF* | *ATTORNEYS FOR DEFENDANT* |
| 1613 Northern Boulevard | 58 South Service Road, Suite 250 |
| Roslyn, New York 11576 | Melville, New York 11747 |
| (516) 625-0105, ext. 18 | (631) 247-0404 |
| | |
| By: s/Louis Ginsberg | By: s/Jeffrey W. Brecher |
|     LOUIS GINSBERG, ESQ. |     Jeffrey W. Brecher, Esq. |
| Dated: 5/3/18 | Dated: 5/3/18 |

4820-6273-4692, v. 1

The parties' settlement is approved as fair and reasonable. The Clerk of Court is directed to close this case.
So Ordered.

s/ Joan M. Azrack       - 5/31/18